UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| YUANQU HONGYI PERFORMING ARTS CO., LTD., | CASE NO. C25-2274-KKE |
| Plaintiff(s), | ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED |
| v. | |
| INTAKE BREATHING TECHNOLOGY, LLC, et al., | |
| Defendant(s). | |

This matter comes before the Court on its own motion. Plaintiff filed this action against two defendants on November 14, 2025. Dkt. No. 1. Since then, Plaintiff has not filed proof of service on either defendant, and no defendant has appeared. Under Federal Rule of Civil Procedure 4(m), "[i]f a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against the defendant or order that service be made within a specified time."

Accordingly, Plaintiff is ORDERED to show cause no later than June 11, 2026, why this case should not be dismissed for failure to prosecute.

Dated this 28th day of May, 2026.

Kymberly K. Evanson
United States District Judge

ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED - 1